Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Harry M. Reid

# UNITED STATES DISTRICT Court

## DISTRICT OF NEVADA

| | |
|---|---|
| HARRY M. REID, | Case No.: 2:24-cv-01610-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER |
| vs. | (FIRST REQUEST) |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

    Plaintiff Harry M. Reid and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from November 28, 2024 to December 27, 2024, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for

1  Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil
2  Procedure extended accordingly. This is Plaintiff's first request for an extension.
3  This request is made at the request of Plaintiff's counsel to allow additional time to
4  fully research the issues presented. The administrative record is longer than most at
5  5,446 pages, requiring additional time to fully review. Plaintiff's counsel also
6  requests additional time due to the press of business and prescheduled time out of
7  the office for the holidays.

8  DATE: November 20, 2024    Respectfully submitted,

    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

    /s/ *Marc V. Kalagian*
    BY: _____
    Marc V. Kalagian
    Attorney for plaintiff Harry M. Reid

13 DATE: November 20, 2024    JASON M. FRIERSON
                              United States Attorney

    /s/ *Franco L. Becia*
    BY: _____

    Franco L. Becia
    Special Assistant United States Attorney
    Attorneys for Defendant
    MARTIN O'MALLEY, Commissioner of
    Social Security
    (per email authorization)

    **IT IS SO ORDERED**

    **DATED:** 10:44 am, November 21, 2024

    **BRENDA WEKSLER**
    **UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-01610-BNW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 20, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____