UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARRY M. REID,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,[1]<br><br>　　　　Defendant. | Case 2:24-cv-01610-BNW<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME<br>(*FIRST REQUEST*) |

　　　　Defendant, the Commissioner of Social Security, respectfully requests an extension of 30 days in which to respond to Plaintiff's Brief (ECF No. 113), filed on December 27, 2024, changing the date on which Defendant's response is due to from January 27, 2025, to February 26, 2025. This is Defendant's first request for an extension to respond to Plaintiff's motion. Counsel for Defendant conferred with a representative for counsel for Plaintiff on January 24, 2025, and

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

confirmed that Plaintiff has no objection to this request.

  Defendant makes this request in good faith and for good cause. I request this extension in order to further consider the administrative record in light of the issues raised in Plaintiff's motion. While I have been diligently trying to complete the review of this case file, I additionally have had several briefs due in recent days in this and other district courts. In the next month, I have nine more briefs due in various district courts of the Ninth Circuit, including this one. Accordingly, I ask the Court for more time so that I can properly represent the Commissioner in this and my other matters.

  For these reasons, the Commissioner respectfully requests that the Court grant this motion for an extension of 30 days for Defendant to respond to Plaintiff's Opening Brief.

DATED January 26, 2025.   Respectfully submitted,

JASON M. FRIERSON
United States Attorney

s/ *Julie A.K. Cummings*
JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: January 27, 2025